**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6300**

JEAN BERNARD GERMAIN,

            Plaintiff - Appellant,

        v.

RICHARD MILLER, Acting Warden; WILLIAM BOHRER, Security Chief;
THOMAS SAWYER, HU 2 Manager; WALTER ISER, JR., HU 1 Sergeant,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.
(1:15-cv-00349-JFM)

Submitted:  June 30, 2016            Decided:  September 8, 2016

Before GREGORY, Chief Judge, and WYNN and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jean Bernard Germain, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean Bernard Germain appeals a district court's order granting summary judgment to the Defendants and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and affirm for the reasons cited by the district court. Germain v. Miller, No. 1:15-cv-00349-JFM (D. Md. Feb. 29, 2016). We have considered Germain's claims that the district court abused its discretion denying his motions for discovery, appointment of counsel, and recusal and find the claims to be without merit. We deny Germain's motion for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED